

**NUMBER 13-12-00441-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OMAR CUEVAS, ELIZABETH CUEVAS, AND                         Appellants,
HOC PROPERTIES, INC.,

**v.**

WHEAT INVESTMENTS, INC.,                                   Appellee.

## On appeal from the County Court at Law No. 4
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellants, Omar Cuevas, Elizabeth Cuevas, and HOC Properties, Inc., perfected

an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County,

Texas, in cause number CL-10-3099-D.   Appellants have filed an unopposed motion to

dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
4th day of October, 2012.